```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____               │
│ DATE FILED: 10/1/2020                │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joseph Connors, *et al.*,

                    Plaintiffs,

          –v–                                          20-cv-5046 (AJN)

American Medical Response, Inc., *et al.*,              ORDER

                    Defendants.

ALISON J. NATHAN, District Judge:

        An initial pretrial conference is scheduled in this matter for October 2, 2020, at 3:15 p.m.

The proceeding will be conducted via teleconference.  The Court's dedicated conference line can

be accessed at (888) 363-4749 by entering access code 919-6964, followed by the pound key.


        SO ORDERED.


Dated: October 1, 2020                    _____
       New York, New York                          ALISON J. NATHAN
                                               United States District Judge