UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JOSEPH CONNORS AND JOSE LUNA RUBIO,
Individually and on behalf of all others similarly situated,

                                       Plaintiffs,

                  Case No. 20-CV-5046

              - against -

AMERICAN MEDICAL RESPONSE, INC., AND
SENIORCARE EMERGENCY MEDICAL SERVICES,
INC.

                                   Defendants. .
------------------------------------------------------------------------x

## NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT

For the reasons set forth in the concurrently submitted Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class and Collective Action Settlement and in the concurrently submitted Declaration of Paul A. Pagano in Support thereof ("Pagano Dec."), the Plaintiffs respectfully request that the Court:

1      Certify the following settlement class under Fed R. Civ. P. 23(a), b(1) and b(3):

           all individuals who performed work as Emergency Medical Technicians or Paramedics in connection with a deployment in New York in response to the COVID-19 pandemic during the period beginning March 29, 2020 and continuing through May 30, 2020;

2      Approve the settlement and Settlement Agreement as fair, reasonable, adequate, and binding on all Class Members who have not timely filed an opt-out statement;

3      Order Defendant to fund the Qualified Settlement Fund within 15 days of the Final Approval Order;

4      Order the Settlement Claims Administrator to distribute Settlement Checks to the

1

named Plaintiffs from the Qualified Settlement Fund for the individual Plaintiffs' Frequency Claims within 30 days of the Final Approval Order;

5       Approve the Service Awards to be paid to the Class Representatives and order the Settlement Claims Administrator to pay same from the Qualified Settlement Fund within 30 days of the Final Approval Order;

6       Approve Plaintiffs' counsel's request for attorneys' fees and costs and order the Settlement Claims Administrator to pay from the Qualified Settlement Fund the attorneys' fees and costs to be paid to Class Counsel within 30 days of the Final Approval Order;

7       Approve the $5,000 payment to the Settlement Claims Administrator and authorize same to pay itself from the Qualified Settlement Fund within 30 days of the Final Approval Order;

8       Order the Settlement Claims Administrator to distribute Settlement Checks to the named Plaintiffs and Authorized Claimants from the Net Settlement Fund for the class claims within 30 days of the Final Approval Order;

9       Order the dismissal with prejudice of all claims asserted in the Lawsuit by the named Plaintiffs and the unpaid overtime and notice claims of all Class Members who did not timely file an opt-out statement;

10      Retain jurisdiction over the litigation as necessary for the purpose of filing consent-to-join forms from the Authorized Claimants as set forth in their Settlement Checks and other relief; and

11      Order that the Settlement Claims Administrator: (1) provide verification to Class Counsel and Defendants' counsel that it has distributed the settlement checks to authorized claimants; (2) retain copies of all the endorsed settlement checks with releases; and (3) provide

Defendants' Counsel with copies of the endorsed Settlement Checks.

    12    Grant such other, further, or different relief as the Court deems just and proper.

Dated: Huntington, New York
        August 5, 2021

                              Respectfully submitted,
                              Moser Law Firm, P.C.

                              *Paul Pagano*
                              Paul A. Pagano
                              5 East Main Street
                              Huntington, NY 11743
                              paul.pagano@moserlawfirm.com
                              Tel: (516) 671-1150