

# Moser Law Firm, PC

# STATEMENT

5 E MAIN ST  
HUNTINGTON, NY 11743  
United States  
Phone: 516-671-1150  
Fax: 516-882-5420  

Invoice # 83  
Date: 08/05/2021  
Due On: 09/04/2021  

Joseph Connors

## 20-00008

## Connors v. SeniorCare and AMR

| Date | Notes | Attorney | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 06/01/2020 | Case Building: Telephone Call with Client - Interview with Paul Pagano | SJM | 1.60 | $450.00 | $720.00 |
| 06/01/2020 | Case Building: Telephone call with Paul Pagano re case evaluation | SJM | 0.30 | $450.00 | $135.00 |
| 06/01/2020 | Case Building: Email to P Pagano re AMR | SJM | 0.10 | $450.00 | $45.00 |
| 06/01/2020 | Case Building: Create NetDocuments matter No. 20-FLSA-0008 | SJM | 0.20 | $450.00 | $90.00 |
| 06/01/2020 | Case Building: Create Clio matter No. 20-00008 | SJM | 0.10 | $450.00 | $45.00 |
| 06/01/2020 | Case Building: Preliminary Investigation - Online research and review of AMR and GMR website, news articles re NY deployment | SJM | 2.40 | $450.00 | $1,080.00 |
| 06/01/2020 | Case Building: Online research - locate corporate information with NYS DOS for SeniorCare | SJM | 0.20 | $450.00 | $90.00 |
| 06/01/2020 | Case Building: Online Research - located corporate information with NYS DOS for AMR | SJM | 0.10 | $450.00 | $45.00 |
| 06/01/2020 | Case Building: Online Research - locate corporate information with NYS DOS for AMR of NY, Inc. | SJM | 0.10 | $450.00 | $45.00 |
| 06/01/2020 | Case Building: Online research: News Videos of AMR CEO Van Horne and GMR government Liaison; record and upload to NetDocs | SJM | 0.50 | $450.00 | $225.00 |
| 06/01/2020 | Case Building: Legal research re: Private Right of | SJM | 0.50 | $450.00 | $225.00 |

| | Action under Service Contract Act | | | | |
|---|---|---|---|---|---|
| 06/01/2020 | Case Building: Retrieve wage determinations applicable to service contracts for New York City and upload to netdocuments | SJM | 0.60 | $450.00 | $270.00 |
| 06/01/2020 | Telephone call with client | PP | 1.40 | $375.00 | $525.00 |
| 06/02/2020 | Case Building: Telephone meeting with SJM and PP regarding retainer and investigation | SJM | 0.60 | $450.00 | $270.00 |
| 06/03/2020 | Case Building: Prepare emergency contact form, class action rider, and consent to electronic communication and email to PP to be furnished to client. | SJM | 0.60 | $450.00 | $270.00 |
| 06/03/2020 | Case Building: Prepare "dos & dont's", client's rights & responsibilities, facebook information, and forward to PP to be furnished to client. | SJM | 0.40 | $450.00 | $180.00 |
| 06/03/2020 | Telephone calls with Joe Connors re next steps, emails with Joe Connors re documents and Foil Request, draft FOIL request, email Foil Request | PP | 0.90 | $375.00 | $337.50 |
| 06/09/2020 | Case Building: Review file to prepare for Zoom meeting with Client | SJM | 0.20 | $450.00 | $90.00 |
| 06/09/2020 | Case Building: Zoom meeting with Joseph Connors and Paul Pagano | SJM | 1.00 | $450.00 | $450.00 |
| 06/09/2020 | Case Building: Telephone call to Paul Pagano re case evaluation post Zoom meeting | SJM | 0.40 | $450.00 | $180.00 |
| 06/09/2020 | Zoom Conference with Steven Moser and Joseph Connors re claims, investigation, and materials needed | PP | 1.00 | $375.00 | $375.00 |
| 06/10/2020 | Case Building: Telephone call from P. Pagano re causes of action and case strategy | SJM | 0.50 | $450.00 | $225.00 |
| 06/10/2020 | Case Building: Legal research regarding overlap of Services Contract Act and Fair Labor Standards Act - see notes. | SJM | 3.20 | $450.00 | $1,440.00 |
| 06/10/2020 | Case Building: Continue legal research regarding interplay between SCA and FLSA. Draft descriptive titles to case quotes and email to P. Pagano. | SJM | 2.50 | $450.00 | $1,125.00 |
| 06/11/2020 | Case Building: Emails btwn SJM and PP to schedule interview of Connors' partner for 6/11/2020 | SJM | 0.10 | $450.00 | $45.00 |
| 06/25/2020 | TC with Joe Connors re status and next steps | PP | 0.20 | $375.00 | $75.00 |
| 06/29/2020 | Telephone calls with Connors re Ambulnz action, review Ambulanz complaint, work on complaint | PP | 0.50 | $375.00 | $187.50 |
| 06/29/2020 | Pre-Trial Pleadings and Motions: Telephone call with P. Pagano regarding filing of complaint | SJM | 0.20 | $450.00 | $90.00 |
| 06/30/2020 | Pre-Trial Pleadings and Motions: Telephone call with P | SJM | 0.10 | $450.00 | $45.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Pagano re filing of complaint | | | | |
| 06/30/2020 | Work on complaint, proposed summonses, civil cover sheet, TCs with Connors and Luna Rubio | PP | 5.10 | $375.00 | $1,912.50 |
| 07/01/2020 | Pre-Trial Pleadings and Motions: Revise complaint | SJM | 2.00 | $450.00 | $900.00 |
| 07/01/2020 | Pre-Trial Pleadings and Motions: Complete edits of complaint and email to P. Pagano | SJM | 1.00 | $450.00 | $450.00 |
| 07/01/2020 | Finalize complaint, proposed summonses, civil cover sheet, e-file all, telephone calls with Joe Connors and Jose Luna Rubio | PP | 1.70 | $375.00 | $637.50 |
| 07/07/2020 | TC and emails with Bryan Schwartz, Esq. re service of complaint | PP | 0.10 | $375.00 | $37.50 |
| 07/08/2020 | Research on general counsel for AMR, TC with J Gombo, emails with J. Gombo and T. Brown | PP | 0.20 | $375.00 | $75.00 |
| 07/09/2020 | Review email from AMR counsel | PP | 0.10 | $375.00 | $37.50 |
| 07/14/2020 | Telephone call with Tyler Brown and begin draft of waiver documents | PP | 0.30 | $375.00 | $112.50 |
| 07/15/2020 | Finalize waiver documents, emails with opposing counsels, telephone call with Joseph Connors re next steps | PP | 0.40 | $375.00 | $150.00 |
| 07/16/2020 | Emails with Roger Briton and e-file waivers | PP | 0.10 | $375.00 | $37.50 |
| 07/30/2020 | Review order and calendar dates | PP | 0.10 | $375.00 | $37.50 |
| 09/18/2020 | Review filed documents, start work on pre-trial letter | PP | 0.30 | $375.00 | $112.50 |
| 09/21/2020 | Work on pre-conference letter, scheduling order, email with opposing counsel | PP | 0.80 | $375.00 | $300.00 |
| 09/23/2020 | TC with Brendan Sweeney, email with same re Court submissions | PP | 0.10 | $375.00 | $37.50 |
| 09/24/2020 | TC with Brendan Sweeney, revise pre-conference letter and proposed order, email with Brendan Sweeney re same | PP | 0.20 | $375.00 | $75.00 |
| 09/25/2020 | Finalize and e-file submissions to Court, email with opposing counsel re same | PP | 0.20 | $375.00 | $75.00 |
| 09/30/2020 | TC with Brendan Sweeney re mediation, Court order | PP | 0.10 | $375.00 | $37.50 |
| 10/01/2020 | TCs with mediator Andrew Kimmel and Brendan Sweeney re mediation | PP | 0.20 | $375.00 | $75.00 |
| 10/02/2020 | TCs with Brendan Sweeney and Court for initial conference | PP | 0.30 | $375.00 | $112.50 |
| 10/06/2020 | Tcs with opposing counsel and potential mediator, review Court orders and calendar dates | PP | 0.40 | $375.00 | $150.00 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/07/2020 | Continued review of Court orders and TC with Brendan Sweeney re same | PP | 0.10 | $375.00 | $37.50 |
| 10/12/2020 | TC with Brendan Sweeney and emails with mediator | PP | 0.10 | $375.00 | $37.50 |
| 10/13/2020 | TC with clients re mediation date | PP | 0.10 | $375.00 | $37.50 |
| 10/14/2020 | TC with Brendan Sweeney and mediator, email with Brendan Sweeney and mediator re mediation date | PP | 0.60 | $375.00 | $225.00 |
| 10/16/2020 | Draft letter to Court re mediation status, e-file same, TC with opposing counsel re letter to Court, review emails re mediation date, email with client re date of mediation | PP | 0.30 | $375.00 | $112.50 |
| 10/30/2020 | Review Southern District protocol for mediation, email to clients with same, and TC with Joe Connors re same | PP | 0.40 | $375.00 | $150.00 |
| 11/03/2020 | Case Building: Telephone call from P. Pagano to SJM re: arbitration agreement being distributed | SJM | 0.20 | $450.00 | $90.00 |
| 11/03/2020 | Review email from Jose Luna Rubio, TCs with Rubio and Connors, email with opposing counsel re arbitration agreements | PP | 0.30 | $375.00 | $112.50 |
| 11/04/2020 | Case Building: Telephone call to R. Briton re class action waiver and arbitration agreement | SJM | 0.10 | $450.00 | $45.00 |
| 11/05/2020 | Case Building: Telephone call with P. Pagano regarding arb agreements distributed by seniorcare | SJM | 0.10 | $450.00 | $45.00 |
| 11/05/2020 | Case Building: Telephone call with R. Briton re class action waiver and arbitration agreement | SJM | 0.20 | $450.00 | $90.00 |
| 11/05/2020 | Case Building: Review arbitration and class action waiver and email Paul Pagano re same | SJM | 0.20 | $450.00 | $90.00 |
| 11/05/2020 | TC and email with Jose Luna Rubio re arbitration agreement | PP | 0.10 | $375.00 | $37.50 |
| 11/06/2020 | Initial review of Connors' documents for production | PP | 0.20 | $375.00 | $75.00 |
| 11/09/2020 | LM for Jose Luna Rubio, TC with Joe Connors re needed documents, work on document production | PP | 0.30 | $375.00 | $112.50 |
| 11/10/2020 | TC with Jose Luna Rubio re needed documents | PP | 0.10 | $375.00 | $37.50 |
| 11/16/2020 | Review client documents | PP | 0.30 | $375.00 | $112.50 |
| 11/17/2020 | Continued review of documents, TC with Joe Connors | PP | 0.80 | $375.00 | $300.00 |
| 11/18/2020 | Work on damages analysis, continued review of documents, email and TCs with clients, email with opposing counsel re call | PP | 2.60 | $375.00 | $975.00 |
| 11/19/2020 | Work on document production and damages calculation, legal research re same, TC with client | PP | 3.30 | $375.00 | $1,237.50 |
| 11/23/2020 | Emails with Brendan Sweeney re pre-mediation | PP | 0.30 | $375.00 | $112.50 |

| | | | | | |
|---|---|---|---|---|---|
| | documents and damages analysis, review DOL opinion letter re manual workers/EMTs | | | | |
| 11/24/2020 | Review of document production from opposing counsel, TC with Joe Connors re same, emails with opposing counsel re same | PP | 0.20 | $375.00 | $75.00 |
| 11/27/2020 | Conduct class based damages analysis | PP | 3.50 | $375.00 | $1,312.50 |
| 11/30/2020 | TC with Brendan Sweeney re damages analysis, begin drafting mediation statement | PP | 2.20 | $375.00 | $825.00 |
| 12/01/2020 | Finalize draft of pre-mediation statement | PP | 0.50 | $375.00 | $187.50 |
| 12/02/2020 | Settlement: Review and edit ex-parte settlement statement | SJM | 0.50 | $450.00 | $225.00 |
| 12/03/2020 | Revise pre-mediation statement, emails with mediator and B. Sweeney re brief | PP | 0.30 | $375.00 | $112.50 |
| 12/04/2020 | Email mediation statement and exhibits to mediator, email with clients re mediation prep | PP | 0.10 | $375.00 | $37.50 |
| 12/08/2020 | Settlement: Prepare supplemental ex parte mediation statement | SJM | 3.10 | $450.00 | $1,395.00 |
| 12/08/2020 | Settlement: Email supplemental ex parte mediation statement to Brendan Sweeney | SJM | 0.10 | $450.00 | $45.00 |
| 12/09/2020 | Zoom meeting with mediator | PP | 1.10 | $375.00 | $412.50 |
| 12/10/2020 | Telephone call with Brendan Sweeney re mediation, review of letter from Brendan Sweeney, begin working on response | PP | 0.30 | $375.00 | $112.50 |
| 12/11/2020 | Settlement: Telephone call with paul pagano re supplemental mediation statement(s) | SJM | 0.30 | $450.00 | $135.00 |
| 12/11/2020 | TC with mediator re mediation, review case law on point, review draft letter to opposing counsel, emails with S. Moser with same | PP | 0.30 | $375.00 | $112.50 |
| 12/14/2020 | Settlement: Zoom Call with clients to prepare for mediation | SJM | 1.00 | $450.00 | $450.00 |
| 12/14/2020 | Mediation prep with clients | PP | 1.00 | $375.00 | $375.00 |
| 12/15/2020 | Settlement: Participate in mediation session | SJM | 6.60 | $450.00 | $2,970.00 |
| 12/15/2020 | Conduct mediation | PP | 8.20 | $375.00 | $3,075.00 |
| 12/17/2020 | TC with Joe Connors re mediation and next steps | PP | 0.80 | $375.00 | $300.00 |
| 12/21/2020 | TC with opposing counsel re contract, legal research on qui tam actions, FOIA requests | PP | 1.10 | $375.00 | $412.50 |
| 01/04/2021 | Emails with opposing counsel re contract/mediation | PP | 0.10 | $375.00 | $37.50 |

| Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/05/2021 | Email with opposing counsel re Jose Luna Rubio and California deployment | PP | 0.10 | $375.00 | $37.50 |
| 01/07/2021 | TC with opposing counsel re contract, review contract, legal research re Service Contract Act, revise damages analysis | PP | 2.30 | $375.00 | $862.50 |
| 01/08/2021 | Draft settlement letter, conference call with clients re settlement demand, email to S. Moser with same | PP | 2.60 | $375.00 | $975.00 |
| 01/11/2021 | Review additional pay stubs, revise demand letter, email to S. Moser with same | PP | 0.50 | $375.00 | $187.50 |
| 01/12/2021 | Finalize and email settlement letter and damages chart to Brendan Sweeney | PP | 0.20 | $375.00 | $75.00 |
| 01/13/2021 | TC with Brendan Sweeney re settlement, draft letter to Court re extending time for mediation, email with B. Sweeney re same, efile letter with Court | PP | 1.00 | $375.00 | $375.00 |
| 01/15/2021 | TC with Brendan Sweeney re settlement | PP | 0.10 | $375.00 | $37.50 |
| 01/16/2021 | TC with Joe Connors re counteroffers | PP | 0.20 | $375.00 | $75.00 |
| 01/16/2021 | TC with Jose Luna Rubio re counteroffers | PP | 0.20 | $375.00 | $75.00 |
| 01/22/2021 | TC with Brendan Sweeney re settlement | PP | 0.10 | $375.00 | $37.50 |
| 01/25/2021 | Review email from opposing counsel re settlement | PP | 0.10 | $375.00 | $37.50 |
| 01/26/2021 | TC with Brendan Sweeney re settlement | PP | 0.10 | $375.00 | $37.50 |
| 01/26/2021 | TC with clients re settlement proposal | PP | 0.30 | $375.00 | $112.50 |
| 01/27/2021 | TC with opposing counsel re settlement | PP | 0.20 | $375.00 | $75.00 |
| 01/28/2021 | TCs with client re settlement | PP | 0.10 | $375.00 | $37.50 |
| 01/29/2021 | TC with Brendan Sweeney re settlement | PP | 0.20 | $375.00 | $75.00 |
| 02/01/2021 | Tcs with Brendan Sweeney, S. Moser, and clients re settlement, draft letter to Court re settlement, emails with B. Sweeney re letter, e-file same | PP | 0.50 | $375.00 | $187.50 |
| 02/02/2021 | Email to opposing counsel re settlement call | PP | 0.10 | $375.00 | $37.50 |
| 02/03/2021 | Legal research on combined FLSA/NYLL settlements | PP | 0.10 | $375.00 | $37.50 |
| 02/03/2021 | TC with Brendan Sweeney and Steve Moser re form of settlement | PP | 0.80 | $375.00 | $300.00 |
| 02/04/2021 | Review order and TC with S. Moser re same | PP | 0.20 | $375.00 | $75.00 |
| 02/05/2021 | TC with Brendan Sweeney re Court order and settlement papers | PP | 0.10 | $375.00 | $37.50 |
| 02/11/2021 | TC with opposing counsel re settlement papers | PP | 0.10 | $375.00 | $37.50 |
| 02/15/2021 | Review proposed settlement agreement, TC with S. | PP | 0.20 | $375.00 | $75.00 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | Moser re same | | | | |
| 02/17/2021 | Complete notice of consent for Magistrate Judge, begin revising proposed settlement agreement, emails with opposing counsel re same, 10 minute TC with potential Claims Administrator | PP | 1.10 | $375.00 | $412.50 |
| 02/18/2021 | TC with potential claims administrator | PP | 0.10 | $375.00 | $37.50 |
| 02/18/2021 | TC with clients re settlement process | PP | 0.20 | $375.00 | $75.00 |
| 02/18/2021 | Revise settlement agreement and notice, emails with opposing counsel re same | PP | 1.90 | $375.00 | $712.50 |
| 02/19/2021 | TC with Brendan Sweeney re settlement agreement, email with Brendan Sweeney re same | PP | 0.50 | $375.00 | $187.50 |
| 02/19/2021 | Draft letter to Court, emails with opposing counsel, file Consent to Magistrate Judge | PP | 1.30 | $375.00 | $487.50 |
| 02/23/2021 | Review and revise settlement agreement and notice, emails with opposing counsel re same, coordinate Claims Administrator | PP | 2.00 | $375.00 | $750.00 |
| 02/23/2021 | TC with B. Sweeney re damages calculations | PP | 0.10 | $375.00 | $37.50 |
| 02/23/2021 | TC with Claims Administrator re settlement | PP | 0.10 | $375.00 | $37.50 |
| 03/01/2021 | TC with Brendan Sweeney re settlement agreement, review same, TC with clients re same | PP | 0.50 | $375.00 | $187.50 |
| 03/02/2021 | Emails with client and opposing counsel re settlement agreement | PP | 0.10 | $375.00 | $37.50 |
| 03/03/2021 | TCs with Jose Luna Rubio and Brendan Sweeney, emails with opposing counsel re settlement/claims administrator, emails with claims administrator | PP | 0.30 | $375.00 | $112.50 |
| 03/05/2021 | Settlement: File status report and Settlement Agreement via ECF | SJM | 0.10 | $500.00 | $50.00 |
| 03/05/2021 | Collate settlement agreement, finalize approval letter to Court, emails with opposing counsel | PP | 0.10 | $375.00 | $37.50 |
| 03/09/2021 | Emails with opposing counsel re preliminary approval motion | PP | 0.10 | $375.00 | $37.50 |
| 03/22/2021 | Email with opposing counsel re preliminary approval motion | PP | 0.10 | $375.00 | $37.50 |
| 03/23/2021 | Review email from opposing counsel re preliminary approval motion | PP | 0.10 | $375.00 | $37.50 |
| 03/29/2021 | Settlement: Locate and email sample declaration and proposed order for preliminary approval to Paul Pagano | SJM | 0.20 | $500.00 | $100.00 |
| 03/29/2021 | Draft and revise notice of motion, proposed order, declaration, memo of law, proposed notice | PP | 5.20 | $375.00 | $1,950.00 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/30/2021 | Settlement: Locate sample claim form and release and email to Paul Pagano. | SJM | 0.20 | $500.00 | $100.00 |
| 03/30/2021 | Revise all motion docs and email same to opposing counsel for review | PP | 2.40 | $375.00 | $900.00 |
| 03/31/2021 | Settlement: Review PP proposed edits to Notice of Motion, Memorandum of Law, Declaration, Class Notice, Claim form and release | SJM | 1.10 | $500.00 | $550.00 |
| 04/02/2021 | TC with opposing counsel and S. Moser re preliminary approval motion | PP | 0.10 | $375.00 | $37.50 |
| 04/05/2021 | Put all motion documents in final and email to opposing counsel | PP | 0.90 | $375.00 | $337.50 |
| 04/08/2021 | TC with clients re next steps, email with clients with mol | PP | 0.40 | $375.00 | $150.00 |
| 04/09/2021 | Finalize and efile approval motion papers | PP | 0.80 | $375.00 | $300.00 |
| 04/26/2021 | Calendar dates from order, email with Analytics re order, notice and consent form | PP | 0.20 | $375.00 | $75.00 |
| 04/30/2021 | Email with Analytics re settlement | PP | 0.10 | $375.00 | $37.50 |
| 05/05/2021 | Emails with Analytics and opposing counsel, review and revise notice documents | PP | 0.70 | $375.00 | $262.50 |
| 05/06/2021 | Email with Analytics re documents | PP | 0.10 | $375.00 | $37.50 |
| 05/10/2021 | Email with clients re conference call for status update, emails with Analytics and opposing counsel re frequency of updates | PP | 0.10 | $375.00 | $37.50 |
| 05/12/2021 | TCs with clients | PP | 0.20 | $375.00 | $75.00 |
| 05/14/2021 | Email with opposing counsel re Named Plaintiffs | PP | 0.10 | $375.00 | $37.50 |
| 05/17/2021 | Email with Analytics re status update | PP | 0.10 | $375.00 | $37.50 |
| 05/19/2021 | Review report from Analytics | PP | 0.10 | $375.00 | $37.50 |
| 06/02/2021 | Emails with Analytics re updated report, review same | PP | 0.10 | $375.00 | $37.50 |
| 06/04/2021 | TC with class member, email with same | PP | 0.30 | $375.00 | $112.50 |
| 06/07/2021 | Emails with Analytics re reporting, review reports | PP | 0.10 | $375.00 | $37.50 |
| 06/15/2021 | Emails with Analytics | PP | 0.10 | $375.00 | $37.50 |
| 06/28/2021 | Review email from Analytics, email with opposing counsel | PP | 0.30 | $375.00 | $112.50 |
| 07/12/2021 | Email to Brendan Sweeney re calculations and final approval motion | PP | 0.10 | $375.00 | $37.50 |
| 07/15/2021 | Review email from Brendan Sweeney re calculations and motion | PP | 0.10 | $375.00 | $37.50 |

| Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/19/2021 | Conduct damages calculation for class and individual plaintiffs, emails with Analytics re cost of services | PP | 0.30 | $375.00 | $112.50 |
| 07/23/2021 | Draft and revise final approval motion | PP | 1.60 | $375.00 | $600.00 |
| 07/26/2021 | Continue working on final approval motion, LM for opposing counsel | PP | 2.00 | $375.00 | $750.00 |
| 07/27/2021 | TC with Brendan Sweeney re settlement, continue work on final approval motion papers | PP | 1.00 | $375.00 | $375.00 |
| 07/28/2021 | Finalize first draft of final approval motion, email with opposing counsel re same | PP | 1.00 | $375.00 | $375.00 |
| 08/02/2021 | Review and revise approval motion, email with opposing counsel re same | PP | 0.10 | $375.00 | $37.50 |
| 08/04/2021 | Emails w B. Sweeney requesting update | PP | 0.10 | $375.00 | $37.50 |
| | | | | Subtotal | $45,905.00 |
| | | | | Total | $45,905.00 |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 83 | 09/04/2021 | $45,905.00 | $0.00 | $45,905.00 |
| | | | Outstanding Balance | $45,905.00 |
| | | | Total Amount Outstanding | $45,905.00 |

Please make all amounts payable to: Moser Law Firm, PC