| Name1 | Hours on Deployment | Percentage of Total Hours | Class Member Distribution | Plaintiffs' Individual Claims | Service Awards |
|---|---|---|---|---|---|
| DANIEL ALENYCHEV | 178 | 2.009709834 | $1,493.88 | | |
| NASMUL HASSAN | 196 | 2.212938918 | $1,644.95 | | |
| HENRY MAGUIRE | 388 | 4.380715818 | $3,256.33 | | |
| PABLO RENGAL | 690 | 7.790448233 | $5,790.90 | | |
| JOSEPH CONNORS | 1009.5 | 11.39776448 | $8,472.34 | $9,000.00 | $2,000.00 |
| JOSE LUNA | 1113 | 12.56633172 | $9,340.97 | $14,333.33 | $2,000.00 |
| SAFEENA SHAMIN | 954 | 10.77114147 | $8,006.55 | | |
| AZARIA VALENTIN | 954 | 10.77114147 | $8,006.55 | | |
| CHRISTOPHER FELIX | 729 | 8.230777916 | $6,118.21 | | |
| SHANE FREDERICKS | 690 | 7.790448233 | $5,790.90 | | |
| CLARISSA CENTURION | 503.5 | 5.684769109 | $4,225.68 | | |
| JAMES O'BRIEN | 954 | 10.77114147 | $8,006.55 | | |
| ANGELA OCASIO | 228 | 2.574235068 | $1,913.51 | | |
| YALILE GARCIA | 270 | 3.048436265 | $2,266.00 | | |
| | 8857 | 100 | $74,333.33 | | |

| Total | | | Attorneys' Fees | Claims Admin | Amount to be distributed |
|---|---|---|---|---|---|
| | $125,000.00 | Class Claims | $41,666.67 | $5,000 | $74,333.33 |
| | $35,000 | Individual Claims | 11,666.67 | | |
| | | | $53,333.34 | | |