UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
JOSEPH CONNORS AND JOSE LUNA RUBIO,
Individually and on behalf of all others similarly situated,

                            Plaintiffs,

              Case No. 20-CV-5046

            - against -

AMERICAN MEDICAL RESPONSE, INC., AND
SENIORCARE EMERGENCY MEDICAL SERVICES,
INC.

                            Defendants. .
------------------------------------------------------------------------x

## [PROPOSED] ORDER GRANTING ASSENTED-TO MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT

Based on the declaration of Paul A. Pagano ("Pagano Dec.") dated August 5, 2021 and Plaintiffs' memorandum of law dated August 5, 2021, Plaintiffs' assented-to motion for final approval of the parties' Class Settlement Agreement and Release submitted to the Court on April 9, 2021 ("Settlement Agreement") is GRANTED, and the Court hereby:

1. Certifies the following settlement class under Fed R. Civ. P. 23(a), b(1) and b(3):

   all individuals who performed work as Emergency Medical Technicians or Paramedics in connection with a deployment in New York in response to the COVID-19 pandemic during the period beginning March 29, 2020 and continuing through May 30, 2020;

2. Approves the settlement and Settlement Agreement as fair, reasonable, adequate, and binding on all Class Members who have not timely filed an opt-out statement:

3. Orders Defendant to fund the Qualified Settlement Fund within 15 days of this order;

4. Orders the Settlement Claims Administrator to distribute Settlement Checks to the named Plaintiffs from the Qualified Settlement Fund for the individual Plaintiffs' Frequency

1

Claims within 30 days of this order;

5. Approves the Service Awards to be paid to the Class Representatives and orders the Settlement Claims Administrator to pay same from the Qualified Settlement Fund within 30 days of this order;

6. Approves Plaintiffs' counsel's request for attorneys' fees and costs and orders the Settlement Claims Administrator to pay from the Qualified Settlement Fund the attorneys' fees and costs to be paid to Class Counsel within 30 days of this order;

7. Approves the $5,000 payment to the Settlement Claims Administrator and authorizes same to pay itself from the Qualified Settlement Fund within 30 days of this order;

8. Orders the Settlement Claims Administrator to distribute Settlement Checks to the named Plaintiffs and Authorized Claimants from the Net Settlement Fund for the class claims within 30 days of this order;

9. Orders the dismissal with prejudice of all claims asserted in the Lawsuit by the named Plaintiffs and the unpaid overtime and notice claims of all Class Members who did not timely file an opt-out statement;

10. Retains jurisdiction over the litigation as necessary for the purpose of filing consent-to-join forms from the Authorized Claimants as set forth in their Settlement Checks and other relief; and

11. Orders that the Settlement Claims Administrator: (1) provide verification to Class Counsel and Defendants' counsel that it has distributed the settlement checks to authorized claimants; (2) retain copies of all the endorsed settlement checks with releases; and (3) provide Defendants' Counsel with copies of the endorsed Settlement Checks.

**SO ORDERED:**

_____  **Dated:** _____
Magistrate Judge Katharine H. Parker