UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSEPH CONNORS and JOSE LUNA RUBIO,
Individually and on behalf of all
others similarly situated,

                           Plaintiffs,

          -against-

AMERICAN MEDICAL RESPONSE, INC., and
SENIORCARE EMERGENCY MEDICAL SERVICES,
INC.

                           Defendants.

-----------------------------------------------------------------X

**ORDER CONVERTING FAIRNESS HEARING TO TELEPHONIC**

**20-CV-5046 (KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/11/2021

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Fairness Hearing in this matter scheduled for **Tuesday, August 24, 2021, at 11:00 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

SO ORDERED.

Dated: August 11, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge